744 A.2d 1285

MOUNTAIN VIEW CONDOMINIUM OWNERS ASSOCIATION, Respondent,

v.

Maria P. BOMERSBACH, Petitioner.

Supreme Court of Pennsylvania.

Feb. 9, 2000.

Kevin William Gibson, Media, for petitioner.

**ORDER**

PER CURIAM:

**AND NOW,** this 9th day of February, 2000, the Petition for Allowance of Appeal is hereby **GRANTED.**

The parties are further directed to address the issue of whether the findings in the Opinion of the trial court dated August 28, 1995, that the fees claimed by the Association were unconscionable and against public policy, had any binding effect on the second trial court, which heard the matter after remand.